IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DALE A. KRIZAN,

    Plaintiff,

v.

UNITED FCS, PCA and
MALLERY & ZIMMERMAN, S.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-944-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants United FCS, PCA and Mallery & Zimmerman granting their motion to dismiss and dismissing this case for lack of subject matter jurisdiction.

*Peter Oppeneer*      2/8/2013

Peter Oppeneer, Clerk of Court      Date